United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LARRY YABARRA, NORMAN
CARVETH, CHARLES SARVER,
BLAND BURKS, NORMAN HERSEL,

        Plaintiffs,

   v.

GENERAL ELECTRIC COMPANY,

        Defendant.

———————————————/

No. C 08-04415 WHA

**ORDER STAYING CASE
AND CONTINUING CASE
MANAGEMENT CONFERENCE**

     The Court hereby **GRANTS** the parties' motion to stay the case pending the outcome of the JPML's decision on the merits of the transfer.  All initial disclosure deadlines are **VACATED**.  The case management conference is **CONTINUED** to **MARCH 26, 2009, AT 11:00 A.M.**  Please file a joint case management statement at least seven days prior.

     **IT IS SO ORDERED.**

Dated:  November 13, 2008.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE