| | |
|---|---|
| A CERTIFIED TRUE COPY<br>ATTEST<br><br>By Teresa Bishop on Jan 27, 2009<br><br>FOR THE UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION | UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION<br><br>**Jan 09, 2009**<br><br>FILED<br>CLERK'S OFFICE |

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

C 08-4415 WHA

(SEE ATTACHED SCHEDULE)

MDL No. 875

**FILED**

FEB 1 0 2009

**CONDITIONAL TRANSFER ORDER (CTO-318)**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 83,678 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

| | |
|---|---|
| Inasmuch as no objection is pending at this time, the stay is lifted.<br><br>**Jan 27, 2009**<br><br>CLERK'S OFFICE<br>UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION | A TRUE COPY CERTIFIED TO FROM THE RECORD<br>DATED: 1/29/09<br>ATTEST: Tom Dempsey<br>DEPUTY CLERK, UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF PENNSYLVANIA |

Page 1 of 6

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                              MDL No. 875

## SCHEDULE CTO-318 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**         **CASE CAPTION**

CALIFORNIA CENTRAL
~~CAC 2 08-7434~~         ~~Carol S. Dudash, et al. v. Alstom Power, Inc., et al.~~
                          **Opposed 1/26/09**
~~CAC 2 08-7548~~         ~~John Lusk, et al. v. A.B. Boyd Co., et al.~~ **Opposed 1/26/09**

CALIFORNIA NORTHERN
~~CAN 3 08-3013~~         ~~Jeri Redman, et al. v. A.W. Chesterton Co., Inc., et al.~~
                          **Opposed 1/26/09**
CAN 3 08-4380             Elmoyne Holbrook, et al. v. General Electric Co., et al.
CAN 3 08-4381             Theoni Salcedo, et al. v. Newport News Shipbuilding & Dry Dock Co., et al.
CAN 3 08-4400             Clark Ogle, et al. v. General Electric Co., et al.
CAN 3 08-4401             Albert Hutto, et al. v. General Electric Co., et al.
CAN 3 08-4415             Larry Yabarra, et al. v. General Electric Co., et al.
~~CAN 3 08-4416~~         ~~John Koloen, et al. v. General Electric Co., et al.~~ **Opposed 1/27/09**
CAN 3 08-4461             Joseph Murray, et al. v. General Electric Co., et al.
CAN 3 08-4489             Daniel Tarbell, Sr., et al. v. Kaiser Ventures, LLC, et al.
CAN 3 08-4490             Thomas Huff, et al. v. Kaiser Ventures, LLC, et al.
CAN 3 08-4656             Brenda Lunsford, et al. v. General Electric Co.
CAN 3 08-4926             Cleo Ann Conner, et al. v. General Electric Co., et al.
CAN 3 08-5185             Dennis Morillas, et al. v. General Electric Co.
CAN 3 08-5212             Sheila Correia, et al. v. Newport News Shipbuilding & Dry Dock Co.
~~CAN 3 08-5260~~         ~~David Sanborn, et al. v. Asbestos Corp., Ltd., et al.~~
                          **Opposed 1/26/09**
CAN 4 08-4925             Patsy Rood, etc. v. General Electric Co., et al.
CAN 4 08-5015             Dorothy Seltmann, et al. v. A.W. Chesterton Co., et al.

CONNECTICUT
CT 3 07-1359              Lionel J. Despres, et al. v. Ampco-Pittsburgh Corp., et al.
CT 3 07-1912              Hope Olivar, etc. v. Buffalo Pumps, Inc., et al.
CT 3 08-116               Dorothy DeMatties, etc. v. Acmat Corp., et al.
CT 3 08-707               Richard Carroll, et al. v. Buffalo Pumps, Inc., et al.
CT 3 08-1479              Robert I. Hayford, Jr., et al. v. Buffalo Pumps, Inc., et al.

**MDL No. 875 - Schedule CTO-318 Tag-Along Actions (Continued)**

DELAWARE
    DE 1 08-624      Herbert Pease v. A.W. Chesterton Co., Inc., et al.
    DE 1 08-912      Jacqueline Snyder, etc. v. A.O. Smith Corp., et al.

FLORIDA NORTHERN
    FLN 1 08-206     John Delatte, et al. v. A.W. Chesterton Co., Inc., et al.

ILLINOIS NORTHERN
    ILN 1 08-5754    Marlene Woods, etc. v. CBS Corp., et al.

ILLINOIS SOUTHERN
    ~~ILS 3 08-755~~     ~~Arvid Johnson, et al. v. Foster Wheeler Energy Corp., et al.~~
                                 **Vacated 1/23/09**

LOUISIANA EASTERN
    ~~LAE 2 08-4203~~    ~~Walter McDonald, et al. v. Crowley Maritime Corp., et al.~~
                                 **Opposed 1/27/09**
    ~~LAE 2 08-4204~~    ~~Clarence Scott Wren, Sr. v. Cooper/T. Smith Stevedoring, Inc., et al.~~  **Opposed 1/27/09**

LOUISIANA WESTERN
    LAW 5 08-1341   Joan Montalbano, et al. v. Crown Cork & Seal Co., Inc.

MICHIGAN EASTERN
    MIE 2 91-72030   Alfonso Estrada, et al. v. ACandS, Inc., et al.
    MIE 2 91-72171   Robert H. Middleton, et al. v. ACandS, Inc., et al.
    ~~MIE 2 08-14920~~  ~~Garry Turner v. Grand Trunk Western Railroad, Inc.~~
                                 **Opposed 1/27/09**

MINNESOTA
    MN 0 08-1417    Marvin Gurewitz, etc. v. American Standard, Inc., et al.
    MN 0 08-6301    Marvin Dunlap, et al. v. Soo Line Railroad Co.

NORTH CAROLINA EASTERN
    NCE 2 08-31      Jerome Bowen Blake v. Anchor Packing Co., et al.
    NCE 4 08-118     Harvey Worthington Turnage, Jr., et al. v. Anchor Packing Co., et al.
    NCE 4 08-137     Diane Schechter, etc. v. Anchor Packing Co., et al.
    NCE 5 08-378     Jessie Darquenne Ashley, etc. v. Anchor Packing Co., et al.
    NCE 7 08-106     George N. White, Jr., et al. v. Aqua-Chem, Inc., et al.
    NCE 7 08-112     Russell Jay Aderhold, et al. v. Aqua-Chem, Inc., et al.
    NCE 7 08-138     David W. Williams, et al. v. Aqua-Chem, Inc., et al.
    NCE 7 08-150     Norwood Shelton Wood, et al. v. Anchor Packing Co., et al.

Case 3:08-cv-04415-CRB   Document 17   Filed 02/10/09   Page 4 of 7

Page 3 of 6

## MDL No. 875 - Schedule CTO-318 Tag-Along Actions (Continued)

### NORTH CAROLINA MIDDLE

| | | |
|---|---|---|
| NCM 1 | 08-697 | Donald Ray Clark v. Aqua-Chem, Inc., et al. |
| NCM 1 | 08-708 | Douglas I. Grandy, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 08-709 | Terry W. Wyrick, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 08-764 | Rosa Lee Manning, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 08-765 | Thomas C. Purdy, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 08-783 | Jimmie Lee Thompson, Sr. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 08-784 | Cary Brown Murphy, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 08-893 | Gary Wade Shue, etc. v. Aqua-Chem, Inc., et al. |

### NORTH CAROLINA WESTERN

| | | |
|---|---|---|
| NCW 1 | 07-383 | Jackie C. Laney, et al. v. A.W. Chesterton Co., Inc., et al. |
| NCW 1 | 08-478 | William M. Hamrick, Sr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-479 | Murray D. Washam, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-480 | Bennie G. Pryor, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-481 | Brenda T. Fuller, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-486 | Dennis W. Richard, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-487 | Linda K. Burrell, etc. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-490 | Timothy B. Grass, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-491 | William C. Sturdivant, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-493 | Sueann B. Setzer, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-494 | Danny Ray Shepherd, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-498 | Larry R. Robinette, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-499 | Gary A. Cornelius, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-500 | James F. Barker, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-502 | Charles R. Bradshaw, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-503 | Ronald K. Bridges, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-504 | Joe Dean Byers v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-505 | Robin G. Caskey, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-506 | Tommy E. Cauthen, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-508 | Leon W. Crocker, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-509 | Jacob M. Dellinger, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-511 | Timothy S. Dellinger, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-512 | Eddie Ray Evans, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-513 | Tony V. Lineberger, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-514 | Coy B. Helms, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-517 | Randy G. Mahaffey, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-518 | Gary T. McGee, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-522 | James Boyce Mitchem v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-524 | Stanley B. Rucker, et al. v. Aqua-Chem, Inc., et al. |

**MDL No. 875 - Schedule CTO-318 Tag-Along Actions (Continued)**

| | |
|---|---|
| NCW 1 08-525 | Kenneth L. Rumfelt, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-527 | Danny L. Setzer, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-528 | Timothy A. Sheppard v. Aqua-Chem, Inc., et al. |
| NCW 1 08-529 | Robert L. Witherspoon, et al. v. Aqua-Chem, Inc., et al. |

NEW HAMPSHIRE
NH 1 08-458      Judith L. Jackson, etc. v. Metropolitan Life Insurance Co., et al.

NEW JERSEY
~~NJ 2 08-5112~~      ~~Francine Peluso v. Asbestos Corp., Ltd., et al.~~ **Opposed 1/26/09**

NEW YORK EASTERN
NYE 1 08-3221    Edward Kelchner v. A.W. Chesterton Co., Inc., et al.
NYE 1 08-3436    Mozelle Justice, etc. v. A.W. Chesterton Co., Inc., et al.

NEW YORK SOUTHERN
~~NYS 1 08-10228~~    ~~Michael Curry v. American Standard, Inc., et al.~~ **Opposed 1/14/09**

OHIO NORTHERN
OHN 1 08-10006   Willard E. Bartel, et al. v. A-C Product Liability Trust, et al.
OHN 1 08-10007   Willard E. Bartel, et al. v. A-C Product Liability Trust, et al.

OKLAHOMA NORTHERN
OKN 4 08-590     Donnis Lawson, etc. v. Burlington Northern & Santa Fe Railway Co.

OREGON
~~OR 3 08-469~~      ~~Vivian L. Dunn, etc. v. B&P Process Equipment & Systems, LLC, et al.~~ **Opposed 1/26/09**

RHODE ISLAND
RI 1 05-252      Micheline Moore, etc. v. A.W. Chesterton Co., Inc., et al.
RI 1 05-253      Helen Docherty, etc. v. A.W. Chesteron Co., Inc., et al.
RI 1 08-472      Michael D. Beamis v. Buffalo Pumps, Inc.

SOUTH CAROLINA
SC 0 08-3356     James Monroe Scott, et al. v. Aqua-Chem, Inc., et al.
SC 0 08-3415     William T. Clinton, et al. v. Aqua-Chem, Inc., et al.
SC 0 08-3561     Robert S. Glenn, Jr., et al. v. Aqua-Chem, Inc., et al.

## MDL No. 875 - Schedule CTO-318 Tag-Along Actions (Continued)

| | | | |
|---|---|---|---|
| SC | 0 | 08-3562 | Perry Littlejohn v. Aqua-Chem, Inc., et al. |
| SC | 0 | 08-3565 | James K. Lightsey, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 08-3566 | Tony D. Hamilton, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 08-3730 | Gardy F. Oliver, Jr., et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 08-3738 | Donald W. Ligon, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 08-3739 | Ronald E. Parham, et al. v. Aqua-Chem, Inc., et al. |
| SC | 2 | 08-3759 | Madge L. Pittman, etc. v. Owens-Illinois, Inc., et al. |
| SC | 7 | 08-3736 | Boyd Holcomb, et al. v. Aqua-Chem, Inc., et al. |
| SC | 7 | 08-3741 | Michael E. Parker, et al. v. Aqua-Chem, Inc., et al. |
| SC | 7 | 08-4096 | Bill Bailey, etc. v. Aqua-Chem Inc., et al. |
| SC | 8 | 08-3357 | Odell C. Weaver, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-3362 | Teresa H. Dale, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-3416 | Selma F. Whitfield, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-3420 | Shirley C. Harden, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-3424 | James Kenneth Black, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-3446 | Charles D. Crisp, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-3448 | John Michael Ashley, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-3560 | Larry M. Parker, et al. v. Aqua-Chem, Inc., et al. |

### TENNESSEE EASTERN
~~TNE 3 08-368~~      ~~Angie Smiddy, etc. v. Alcoa, Inc.~~ **Opposed 1/26/09**

### UTAH
~~UT 2 08-630~~      ~~Ronnie Smith, et al. v. Ford Motor Co., et al.~~ **Opposed 1/27/09**

### VIRGINIA EASTERN

| | | |
|---|---|---|
| VAE | 2 08-9368 | Eugene L. Beckerle v. American Standard, Inc., et al. |
| VAE | 2 08-9369 | Jesus Marquez v. American Standard, Inc., et al. |
| VAE | 2 08-9370 | Orlando Sanchez v. American Standard, Inc., et al. |
| VAE | 2 08-9371 | Albert W. Anderson v. American Standard, Inc., et al. |
| VAE | 2 08-9372 | Hjalner E. Nygard v. American Standard, Inc., et al. |
| VAE | 2 08-9373 | Johnny A. O'Neal, Jr. v. American Standard, Inc., et al. |
| VAE | 2 08-9374 | Robert A. Smith v. American Standard, Inc., et al. |
| VAE | 2 08-9375 | Robert Lee Zamora v. American Standard, Inc., et al. |
| VAE | 2 08-9377 | Michael E. Sanders v. American Standard, Inc., et al. |
| VAE | 2 08-9430 | Dennis R. Callihan v. American Standard, Inc., et al. |
| VAE | 2 08-9431 | Walter V. Ward v. American Standard, Inc., et al. |
| VAE | 2 08-9432 | William H. Monroe, Jr., etc. (George H. Heckman, Jr.) v. American Standard, Inc., et al. |
| VAE | 2 08-9433 | Donald L. Hardsaw, Sr. v. American Standard, Inc., et al. |

**MDL No. 875 - Schedule CTO-318 Tag-Along Actions (Continued)**

| | |
|---|---|
| VAE 2 08-9434 | Emmett Kirtley v. American Standard, Inc., et al. |
| VAE 2 08-9435 | Pete A. Ortega v. American Standard, Inc., et al. |
| VAE 2 08-9452 | Roger K. Bergholz v. American Standard, Inc., et al. |
| VAE 2 08-9453 | Ronald M. Elde v. American Standard, Inc., et al. |
| VAE 2 08-9454 | Arthur J. Demasi v. American Standard, Inc., et al. |
| VAE 2 08-9455 | Raymond E. Ficklin v. American Standard, Inc., et al. |
| VAE 2 08-9456 | Richard L. Adams v. American Standard, Inc., et al. |
| VAE 2 08-9457 | Dennis Brown v. American Standard, Inc., et al. |
| VAE 2 08-9458 | Donald F. Carroll, et al. v. The Budd Co., et al. |
| VAE 2 08-9459 | Larry Dixon v. American Standard, Inc., et al. |
| VAE 2 08-9460 | Francis G. Gross v. American Standard, Inc., et al. |
| VAE 2 08-9461 | James H. Hasenfuss v. American Standard, Inc., et al. |
| VAE 2 08-9462 | John R. Hastings, Sr. v. American Standard, Inc., et al. |
| VAE 2 08-9463 | Alfred A. Haugen v. American Standard, Inc., et al. |
| VAE 2 08-9464 | Francis J. Hedstrom v. American Standard, Inc., et al. |
| VAE 2 08-9465 | Jay R. Hutton v. American Standard, Inc., et al. |
| VAE 2 08-9466 | Edward L. Lee v. American Standard, Inc., et al. |
| VAE 2 08-9467 | Jack H. Lester v. American Standard, Inc., et al. |
| VAE 2 08-9468 | Raymond C. Martin v. American Standard, Inc., et al. |
| VAE 2 08-9469 | Harold B. Martinson v. American Standard, Inc., et al. |
| VAE 2 08-9470 | Thomas C. McDougall v. American Standard, Inc., et al. |
| VAE 4 08-3247 | Robert Irving Armistead v. 3M Business Products Sales, Inc., et al. |

VIRGIN ISLANDS

| | |
|---|---|
| VI 1 08-54 | Gabriel Alexander v. St. Croix Alumina, LLC, et al. |
| VI 1 08-55 | Theodore Simon v. St. Croix Alumina, LLC, et al. |