**BRAYTON♦PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY YABARRA, *et al.*, <br><br> Plaintiff, <br><br> vs. <br><br> GENERAL ELECTRIC COMPANY, <br><br> Defendant. <br><br> **In Re: CHARLES SARVER** | No. 3:08-cv-04415-CRB <br><br> **ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF ANY ASBESTOS EXPOSURE CLAIMS ON OR AFTER DECEMBER 5, 1980 FROM DEFENDANT GENERAL ELECTRIC COMPANY** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All allegations, if any, related to exposure to asbestos on or after December 5, 1980 as to Defendant GENERAL ELECTRIC COMPANY are hereby dismissed with prejudice.

Dated: August 19, 2013          By: _____
                                    Charles R. Breyer
                                    United States District Judge

*[Seal: IT IS SO ORDERED / Judge Charles R. Breyer / United States District Court Northern District of California]*

1
ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF ANY ASBESTOS EXPOSURE CLAIMS ON OR AFTER DECEMBER 5, 1980 FROM DEFENDANT GENERAL ELECTRIC COMPANY